IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY W. BRANNON,

    Plaintiff,                    No. CIV S-09-1130 EFB P

    vs.

R. KADEVARI, et al.,

    Defendants.           <u>ORDER</u>

                              /

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

**I.    Request to Proceed In Forma Pauperis**

Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Dckt. No. 10. Plaintiff's application makes the showing required by 28 U.S.C. § 1915(a)(1) and (2). Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C. § 1915(b)(1) and (2).

////

## II. Screening Order

Pursuant to 28 U.S.C. § 1915A, the court shall review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). "On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

Pursuant to § 1915A, the court has reviewed plaintiff's amended complaint, which supercedes the original complaint. The court finds that, for the limited purposes of § 1915A screening, the amended complaint states cognizable Eighth Amendment claims for relief against all defendants (Shackford, Mihelich, Rainey, Kadevari[1] and Purcell).

## III. Plaintiff's Motions

On May 20, 2009, plaintiff filed a request that the court order Solano County officials to allow plaintiff to continue working on his legal affairs with another inmate who has been approved to assist plaintiff. Dckt. No. 5. Plaintiff's motion is denied, as there were no court imposed deadlines at the time of the filing and it is not evident why plaintiff needed the assistance of another inmate.

Additionally, plaintiff requested that the court stay this action while he undergoes a "nerve graft surgery." Dckt. No. 6. Subsequently, plaintiff requested that the court lift any stay that had been imposed. Dckt. No. 9. It appears that plaintiff no longer seeks a stay. Thus, his motion will be denied as unnecessary.

Accordingly, it hereby is ordered that:

1. Plaintiff's request to proceed in forma pauperis is granted.

////

---

[1] On October 16, 2009, plaintiff filed a "motion to correct spelling," indicating that this is the correct spelling of "Kadevari." Dckt. No. 13.

    2. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in accordance with the notice to the Solano County Sheriff's Office filed concurrently herewith.

    3. Service is appropriate for defendants Shackford, Mihelich, Rainey, Kadevari and Purcell.

    4. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the October 7, 2009 amended complaint.

    5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and six copies of the endorsed October 7, 2009 pleading.

    6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Shackford, Mihelich, Rainey, Kadevari and Purcell pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in dismissal.

    7. Plaintiff's May 20, 2009 request for a court order, Dckt. No. 5, is denied.

    8. Plaintiff's June 2, 2009 and October 6, 2009 motions requesting that a stay be granted, and then lifted, Dckt. Nos. 6, 9, are denied.

    9. Plaintiff's October 16, 2009 motion to correct the spelling of defendant Kadevari's name, Dckt. No. 13, is granted.

Dated: March 30, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY W. BRANNON,

      Plaintiff,                              No. CIV S-09-1130 EFB P

   vs.

R. KADEVARI, et al.,

      Defendants.                    NOTICE OF SUBMISSION OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __5__      completed forms USM-285

        __6__      copies of the October 7, 2009 amended complaint

Dated:

                                                Plaintiff

4