IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY W. BRANNON,

      Plaintiff,                      No. CIV S-09-1130 EFB P

    vs.

R. KADEVARI, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent.  *See* 28 U.S.C. § 636.

      On July 2, 2010, defendants Shackford and Mihelich filed a motion for more definite statement.  *See* Fed. R. Civ. P. 12(e).  On April 21, 2010, the court advised plaintiff of the requirements for opposing a motion made pursuant to Rule 12.  That order also informed plaintiff of the requirements for filing an opposition to the pending motion and that failure to oppose such a motion might be deemed a waiver of opposition to the motion.  Plaintiff failed to file an opposition.

////

1

1  On September 30, 2010, the court gave plaintiff 21 days to file an opposition or statement
2 of non-opposition and warned him that failure to do so could result in dismissal.  *See* Fed. R.
3 Civ. P. 41(b).  The 21 days have passed and plaintiff did not file an opposition or a statement of
4 no opposition.[1]

5  Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff
6 has disobeyed this court's orders and failed to prosecute this action.  The appropriate sanction is
7 dismissal without prejudice.

8  Accordingly, this action is dismissed without prejudice for failure to prosecute.  *See* Fed.
9 R. Civ. P. 41(b).

10 Dated:  December 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.